| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RICHARD CRUZ,                              §
                                          §
               Petitioner,                §
                                          §
*versus*                                  §     CIVIL ACTION NO. 1:07-CV-601
                                          §
UNITED STATES,                            §
                                          §
               Respondent.                §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Richard Cruz, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

---

[1] On October 19, 2007, petitioner filed a motion to dismiss the action. Accordingly, the dismissal will be without prejudice.

SIGNED at Beaumont, Texas, this 19th day of November, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE